# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAMONT ELLISON,

    *Petitioner*,

v.

MARK GARMAN, *et al.*,

    *Respondents*.

CIVIL ACTION
NO. 16-0775

## ORDER

**AND NOW**, this 26th day of June, 2017, upon consideration of the Petition for a Writ of *Habeas Corpus* and accompanying Memorandum of Law, (ECF Nos. 1 & 7), Respondents' Response in Opposition, (ECF No. 18), and the Report and Recommendation of U.S. Magistrate Judge Marilyn Heffley, (ECF No. 19), it is hereby **ORDERED** that:

1. Magistrate Judge Heffley's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Ellison's Petition for a Writ of *Habeas Corpus* is **DENIED** and **DISMISSED with prejudice**;

3. No certificate of appealability shall issue;

4. This case shall be **CLOSED** for statistical purposes.

                                            BY THE COURT:

                                            ***/s/ Gerald J. Pappert***
                                            GERALD J. PAPPERT, J.