IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONT ELLISON,<br><br>        *Petitioner*,<br><br>v.<br><br>MARK GARMAN, *et al.*,<br><br>        *Respondents*. | CIVIL ACTION<br>NO. 16-0775 |

## ORDER

**AND NOW**, this 31st day of October, 2017, upon consideration of the Petition for a Writ of *Habeas Corpus* and accompanying Memorandum of Law, (ECF Nos. 1 & 7), Respondents' Response in Opposition, (ECF No. 18), the Report and Recommendation of U.S. Magistrate Judge Marilyn Heffley, (ECF No. 19), and Ellison's Objections, (ECF No. 28), it is hereby **ORDERED** that:

1. Ellison's objections are **OVERRULED** and Magistrate Judge Heffley's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Ellison's Petition for a Writ of *Habeas Corpus* is **DENIED** and **DISMISSED with prejudice**;

3. No certificate of appealability shall issue;[1]

4. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Reasonable jurists would not debate the Court's disposition of petitioner's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).